**Order entered January 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00217-CV

---

### VSDH VAQUERO VENTURE, LTD., Appellant

### V.

### KEN GROSS AND BETSY GROSS, Appellees

---

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-09-05232-A**

---

## ORDER

Before the court is Appellant's Emergency Motion to Continue January 28, 2020 Oral Argument Hearing. We advise the parties that they need not appear at oral argument on Tuesday January 28, 2020 and that we will enter a further order disposing of Appellant's motion at another time.

/s/     DAVID J. SCHENCK
          PRESIDING JUSTICE
